Maria Adriana **MICHEL**, Petitioner,

v.

Peter D. **KEISLER**,* Attorney
General, Respondent.

No. 05–72253.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.**

Filed Sept. 28, 2007.

Nadeem H. Makada, Esq., Burlingame,
CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
James A. Hunolt, Esq., Michelle E. Gor-
den, Esq., Eric W. Marsteller, U.S. De-
partment of Justice, Civil Div./Office of
Immigration Lit., Washington, DC, for Re-
spondent.

---

* Peter D. Keisler is substituted for his predeces-
sor, Alberto R. Gonzales, as Acting Attorney
General of the United States, pursuant to Fed.
R.App. P. 43(c)(2).
** The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

Before: CANBY, TASHIMA and
RAWLINSON, Circuit Judges.

MEMORANDUM ***

Maria Adriana Michel, a native and citi-
zen of Mexico, petitions for review of the
Board of Immigration Appeals' ("BIA") or-
der denying her motion to remand based
on ineffective assistance of counsel. We
have jurisdiction pursuant to 8 U.S.C.
§ 1252. We review the denial of a motion
to remand for abuse of discretion. *Castil-
lo–Perez v. I.N.S.*, 212 F.3d 518, 523 (9th
Cir.2000). We deny the petition for re-
view.

The BIA did not abuse its discretion in
concluding that the affidavit Michel sub-
mitted with her motion to remand failed to
satisfy the requirements set forth in *Mat-
ter of Lozada*, 19 I. & N. Dec. 637 (BIA
1988). *See Azanor v. Ashcroft*, 364 F.3d
1013, 1023 (9th Cir.2004) (recognizing that
the affidavit must "[set] forth in detail the
agreement that was entered into"). Con-
trary to Michel's contention, the ineffective
assistance was not plain on the face of the
record. *See Reyes v. Ashcroft*, 358 F.3d
592, 597–98 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

---

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.